IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY MAGARRELL,

    Plaintiff,                      No. CIV S-04-2634 LKK DAD P

    vs.

P. MANGIS, M.D., et al.,

    Defendants.              <u>ORDER</u>

_____/

      On February 25, 2008, this court issued an order requiring status reports from both parties. Plaintiff's counsel has complied with the order. Defense counsel has failed to submit a timely status report or otherwise respond to the court's order. The court advised the parties that failure to file a status report in accordance with the court's order could result in the imposition of sanctions, including preclusion of issues or witnesses.

      Good cause appearing, IT IS HEREBY ORDERED that within twenty days of the date of this order defense counsel shall file a status report and shall show cause in writing why sanctions should not be imposed.

DATED: May 9, 2008.

DAD:9
maga2634.sr

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE