IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY MAGARRELL,

      Plaintiff,                          No. CIV S-04-2634 LKK DAD P

    vs.

P. MANGIS, M.D., et al.,

      Defendants.                   <u>ORDER</u>

/

          On May 14, 2008, plaintiff filed a notice of substitution of counsel, requesting that he be allowed to represent himself. Plaintiff is currently represented by attorney Mark Ravis. In light of plaintiff's request, the court will grant attorney Ravis an opportunity to file a response thereto.

          Good cause appearing, IT IS HEREBY ORDERED that:

          1. Within twenty days of the date of this order, plaintiff's counsel, Mark Ravis, shall file a declaration in response to plaintiff's notice of substitution of counsel and shall indicate his position regarding the proposed substitution. Mr. Ravis shall also serve a copy of his declaration on plaintiff at his address of record; and

/////

/////

1

3. The Clerk of the Court is directed to send a copy of this order to plaintiff at his address of record.

DATED: June 6, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
maga2634.46