IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY MAGARRELL,

      Plaintiff,                      No. CIV S-04-2634 LKK DAD P

    vs.

P. MANGIS, M.D., et al.,

      Defendants.         <u>ORDER</u>

_____/

        On May 14, 2008, plaintiff filed a notice of substitution of counsel, requesting that he be allowed to represent himself. Plaintiff is currently represented by attorney Mark Ravis. In light of plaintiff's request, the court granted attorney Ravis an opportunity to file a response thereto.

        On June 22, 2008, attorney Ravis filed a declaration, maintaining that he is ready, willing, and able to continue representing plaintiff in this matter. Attorney Ravis also maintains that intends to meet with plaintiff in the next seven to ten days to explain several substantive and procedural issues to him in person.

        Good cause appearing, the court will grant attorney Ravis twenty days from the date of this order to file a declaration, explaining the status of his relationship with plaintiff and whether he will continue to represent him in this action.

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. Within twenty days of the date of this order, plaintiff's counsel, Mark Ravis, shall file a declaration, explaining the status of his relationship with plaintiff and whether he will continue to represent him in this action; and

2. The Clerk of the Court is directed to send a copy of this order to plaintiff at his address of record.

DATED: July 1, 2008.

*Dale A. Drozd* (signature)
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
maga2634.46(2)