1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TROY MAGARRELL,

11          Plaintiff,                    No. CIV S-04-2634 LKK DAD P

12      vs.

13   P. MANGIS, M.D., et al.,

14          Defendants.                   ORDER

15   _____/

16          On May 14, 2008, plaintiff filed a notice of substitution of counsel, requesting that

17   he be allowed to represent himself.  He also filed a request to file a report with the California

18   State Bar against his attorney Mark Ravis.  In light of plaintiff's requests, the court granted

19   attorney Ravis an opportunity to file a response to plaintiff's filing.  Attorney Ravis subsequently

20   filed a declaration and informed the court that he met with plaintiff and they determined that

21   attorney Ravis would continue to represent plaintiff in this matter.  Accordingly, good cause

22   appearing, the court will deny plaintiff's May 14, 2008 requests as moot.[1]

23   /////

24   _____

25       [1] On July 14, 2008, plaintiff filed a request to hold his May 14, 2008 requests in
     abeyance until attorney Ravis complies with the four conditions they discussed during their
26   meeting.  Plaintiff is advised that he may not file documents pro se because he is presently
     represented by counsel.  In any event, as noted above, plaintiff's requests are now moot.

1

1     In accordance with the above, IT IS HEREBY ORDERED that:

2         1.  Plaintiff's May 14, 2008 requests are denied as moot;

3         2.  Plaintiff's July 14, 2008 request to hold his May 14, 2008 requests in abeyance

4  is denied; and

5         3.  The Clerk of the Court is directed to send a courtesy copy of this order to

6  plaintiff at his address of record.

7  DATED: July 25, 2008.

8

9         _____

10        DALE A. DROZD
          UNITED STATES MAGISTRATE JUDGE

11  DAD:9
    maga2634.moot

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26