IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Troy Magarrell,** | CIV S 04-2634 LKK DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **P. Mangis, M.D., S. M. Roche, M.D., and Richard Sandham, M.D.,** | |
| Defendants. | |

On December 16, 2008, Defendant Dr. Mangis filed a Stipulated Motion To Modify Case Scheduling Order. The motion was made on the ground that Dr. Mangis had recently been served and appeared in the action and did not have sufficient time to conduct discovery and prepare dispositive motions. In light of the Parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. The dates set forth in the Scheduling Order of August 12, 2008, are vacated;

2. The parties may conduct discovery until April 3, 2008. Any motions to compel shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served not later than sixty days prior to that date;

3. All pretrial motions, except motions to compel discovery, shall be filed on or before May 29, 2008. Motions shall be briefed in accordance with paragraph 7 of this court's order filed January 28, 2005;

1

1     4.   Dates related to pretrial statements, pretrial conference, and jury trial will be re-set by the court if necessary after dispositive motions have been ruled upon; and

    5.  Except as set forth in this order, the scheduling order filed August 12, 2008, remains in effect.

DATED: December 18, 2008.

_____  
DALE A. DROZD  
UNITED STATES MAGISTRATE JUDGE

/maga2634.41mod

2