IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY MAGARRELL,

        Plaintiff,                No. CIV S-04-2634 LKK DAD P

   vs.

P. MANGIS, M.D., et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. This case will be referred to Magistrate Judge Craig S. Kellison to conduct a settlement conference at California State Prison-Corcoran (CSP-COR) on December 8, 2009, at 12:00 p.m.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. This case is set for mediation on December 8, 2009, at 12:00 p.m. at CSP-COR, 4001 King Avenue, Corcoran, California; and

/////

/////

/////

/////

1

2. The parties are directed to submit confidential settlement conference statements to Sujean Younger, ADR and Pro Bono Program Director, 501 I Street, Suite 4-200 Sacramento, California 95814, on or before November 30, 2009.

DATED: November 2, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
maga2634.med