IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY MAGARRELL,

      Plaintiff,                    No. CIV S-04-2634 LKK DAD P

    vs.

P. MANGIS, M.D., et al.,

      Defendants.              <u>ORDER</u>

         Plaintiff is a state prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. This case has been referred to Magistrate Judge Craig S. Kellison to conduct a settlement conference at California State Prison-Corcoran (CSP-COR) on December 8, 2009, at 12:00 p.m. On November 25, 2009, counsel for defendant Roche filed a request to appear at the settlement conference telephonically.

         Good cause appearing, IT IS HEREBY ORDERED that:

         1. Defense counsel's November 25, 2009 request (Doc. No. 108) is granted; and

/////
/////
/////
/////

1

2. Defense counsel shall contact Sujean Younger, ADR and Pro Bono Program Director, at (916) 930-4278 on or before December 7, 2009, to make arrangements for that telephonic appearance.

DATED: December 4, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
maga2634.med(2)