IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY MAGARRELL,

        Plaintiff,                No. CIV S-04-2634 LKK DAD P

   vs.

P. MANGIS, M.D., et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding through counsel with a civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff has filed three motions in limine. At this time, these motions are premature. If this matter proceeds to trial, the court will issue a further scheduling order that will include dates for pretrial statements, pretrial conference, and jury trial. During the pretrial conference, the assigned district judge will instruct the parties on when to file motions in limine prior to trial.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's May 29, 2009 motions in limine (Doc. Nos. 68, 69 & 70) are denied without prejudice to refiling in accordance with the

/////

/////

/////

1

assigned district judge's instructions at pretrial conference.

DATED: December 28, 2009.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
maga2634.mil