UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY MAGARRELL,

        Plaintiff,

   v.

P. MANGIS, M.D., et al.,

        Defendants.

                     /

NO. CIV. S-04-2634 LKK/DAD P

O R D E R

Pursuant to the Pretrial Conference Order, ECF No. 133 (July 29, 2010), plaintiff's trial brief was due on September 13, 2011. Plaintiff failed to submit the trial brief on that date.

At a tele-conference held on September 19, 2011, the court granted plaintiff leave to file his trial brief no later than September 20, 2011.

Plaintiff did not file objections to Defendants's submitted exhibits and have, therefore, waived any such objections.

Accordingly, the court ORDERS as follows:

      [1] Plaintiff shall submit a trial brief no later than
      12:00 PM on September 20, 2011.

1

[2] Plaintiff has waived any objections to Defendants' exhibits.

IT IS SO ORDERED.

DATED: September 19, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2