|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | **FILED** September 30, 2011 |
| EASTERN DISTRICT OF CALIFORNIA | CLERK, US DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA |
|  | DEPUTY CLERK |

**JUDGMENT IN A CIVIL CASE**

TROY MAGARRELL

                v.                CASE NO. 2:04-cv-2634 LKK DAD

MANGIS, et al.,


**XX** -- **Jury Verdict.**  This action came before the Court for trial by jury.  The issues have been tried or heard and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED SEPTEMBER 30, 2011.**


                                                      Victoria C. Minor,
                                                      Clerk of the Court

ENTERED:    September 30, 2011

                                                        by: /s/ R. Becknal,
                                                        Deputy Clerk