|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br><br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>September 30, 2011<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA<br>DEPUTY CLERK |

**JUDGMENT IN A CIVIL CASE**

TROY MAGARRELL

                v.                CASE NO. 2:04-cv-2634 LKK DAD

MANGIS, et al.,

**XX** -- **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried or heard and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED SEPTEMBER 30, 2011.**

                                                Victoria C. Minor,
                                                Clerk of the Court

ENTERED:    September 30, 2011

                                                by: /s/ R. Becknal,
                                                Deputy Clerk